ENSIGN R. WIXON *vs.* ALFRED A. MARCUS & another.

Suffolk.    March 13, 1899. — July 1, 1899.

Present : HOLMES, MORTON, LATHROP, BARKER, & HAMMOND, JJ.

*Costs — Travel for Non-resident — Appeal from Taxation.*

The prevailing party in a civil action, who resides in another State, is entitled to have taxed in his bill of costs travel "from State line to court forty miles each way" for each term while the case is pending; and if such party, upon an appeal by the other party from the taxation of costs, has given bond and taken out execution under Pub. Sts. c. 198, § 26, he is entitled also to the costs of the appeal and a separate execution therefor pursuant to § 27.

APPEAL, by the defendants in an action of contract, from the taxation of costs in the Superior Court. The items in question were stated in the record as follows : " Travel for October Term, 1898, of plaintiff from Rhode Island, from State line to court 40 miles each way, $2.64. Travel for January Term, 1899, of plaintiff from Rhode Island, from State line to court 40 miles each way, $2.64." *Braley*, J., affirmed the clerk's taxation; and the defendants appealed to this court.

*H. C. Whitney*, for the defendants.

*C. F. Eldredge*, for the plaintiff.

MORTON, J. This is an appeal by the defendants from a taxation of costs in the Superior Court. The only item in dispute is that of travel for two terms or sittings. The question seems to us to be settled by *Bliss* v. *Tripp*, 16 Gray, 287, and *White* v. *Judd*, 1 Met. 293.

The plaintiff says in his brief that he has given bond and taken out execution under Pub. Sts. c. 198, § 26, and asks for

costs of this appeal and a separate execution therefor pursuant to § 27 of the same chapter. We see no reason why he should not have them.

> *Judgment affirmed with costs of this appeal and execution to issue therefor.*